### KYLE et al. v. HORBERT.

(Supreme Court, ·Appellate Term.  April 8, 1910.)

PRINCIPAL AND AGENT (§ 132*)—DISCLOSED PRINCIPAL—LIABILITY.

Where an agent acts as such for a disclosed principal in employing brokers to sell land, the principal, and not the agent, is liable for the brokers' commissions.

[Ed. Note.—For other cases, see Principal and Agent, Cent. Dig. §§ 467–471; Dec. Dig. § 132.*]

---

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by John H. Kyle and another, composing the firm of James Kyle & Sons, against Margaret Horbert. Judgment for plaintiffs, and defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, LEHMAN, and GAVEGAN, JJ.

Maurice B. & Daniel W. Blumenthal, for appellant.
Campbell & Moore, for respondents.

PER CURIAM. This action was brought to recover commissions for procuring a purchaser ready, willing, and able to buy certain real property at the request of the defendant. The evidence establishes that the defendant was acting as agent for a disclosed principal. The principal, and not the agent, is therefore liable for the commissions alleged to have been earned.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.